**ORIGINAL**

**RECEIVED**

SEP 28 2015

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

**CV 15  80243 MISC PSG**

BY FAX

| | |
|---|---|
| AMAZON.COM, INC., | Misc. Case No. |
| Movant, | Action pending in the United States District Court for the Western District of Washington (No. 2:14-CV-01038-JCC) |
| v. | |
| APPLE INC. | [PROPOSED] ORDER GRANTING AMAZON'S MOTION TO TRANSFER OR COMPEL COMPLIANCE WITH SUBPOENA |
| Respondent. | |

The Court, having considered Amazon's Motion to Transfer or Compel Compliance with Subpoena (the "Motion"), the papers filed in support and in opposition to the motion, and any argument advanced at hearing, and being fully advised of the premises, the Court finds that the Motion should be and hereby is GRANTED as follows:

Pursuant to Fed. R. Civ. P. 45(f), the Court finds that exceptional circumstances exist that warrant transferring this motion to the United States District Court for the Western District of Washington and, therefore, in the interest of justice it is hereby ORDERED that the Motion be transferred to the pending underlying action in United States District Court for the Western District of Washington.

-1-

[PROPOSED] ORDER GRANTING MOTION TO TRANSFER OR
COMPEL COMPLIANCE WITH SUBPOENA 128045965.1

It is hereby ORDERED that Apple shall fully comply with the Subpoena, as narrowed in Amazon's Motion, and produce all documents responsive to Requests Nos. 1, 2, and 3 within 14 days of this Order. Apple shall also produce a records custodian for a deposition at a mutually convenient time within 10 days after responsive documents are produced, in the event that the FTC refuses to stipulate to authenticity and admissibility of the documents.

Dated this _____ day of _____, 2015.

_____