UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMAZOM.CON. INC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPLE INC.,<br><br>　　　　Defendant. | Case No. 5:15-mc-80243-PSG<br><br>**ORDER CONTINUING HEARING**<br><br>**(Re:  Docket No. 15)** |

The court has considered Defendant Apple, Inc.'s unopposed motion to continue[1] the hearing on Plaintiff Amazon.com, Inc.'s motion to transfer or compel,[2] currently scheduled for November 12, 2015, at 4:45 p.m.  Apple's motion is GRANTED and the motion shall be heard on November 23, 2015, at 4:45 p.m.

**SO ORDERED.**

Dated: November 9, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　PAUL S. GREWAL
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] *See* Docket No. 15

[2] *See* Docket No. 1.

Case No. 5:15-mc-80243-PSG
ORDER CONTINUING HEARING

1